UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA )
)                No. 2:26-CR-06
v.                                )
)                JUDGE CORKER
ERIK DAVIES                       )                JUDGE WYRICK

**PROTECTIVE ORDER
FOR DISCOVERY DISCLOSURE**

The United States has filed a motion requesting that the Court enter a Protective Order in this matter pursuant to Fed. R. Crim. P. 16(d). The Court is satisfied that the documents which have been, and will be, made available to Defendant by the United States as discovery and in preparation for trial in this case contain confidential information protected by Fed. R. Crim. P. 49.1, including dates of birth, home addresses, social security numbers, financial records, and other documents containing personal identifying information. As such, the Court **ORDERS** as follows:

1.  Before defense counsel disseminates or otherwise discloses to any person, including the attorney's client, any discovery material or other information that contains confidential information such as that referenced in Fed. R. Crim. P. 49.1, the attorney shall redact that information from any copies, and shall not otherwise disclose that confidential or personal identifying information.  Notwithstanding the foregoing, the attorney may provide unredacted copies or otherwise disclose such information to investigators or experts retained by the attorney, although the attorney shall unequivocally instruct those individuals that they are no less subject to this protective order than is the attorney.

1

2.  If the attorney believes it necessary to furnish unredacted copies of discovery to anyone else, or to otherwise disclose confidential or personal identifying information as described in Fed. R. Crim. P. 49.1 to any other person, the attorney shall file a motion with this court requesting permission to do so, and shall provide the person to whom that information applies notice of the motion and the date the motion will be presented to the Court.

**SO ORDERED:**

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

2